**FILED**
October 9, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CARL WASHINGTON,

Defendant.

Case No. 2:21-cr-00034-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CARL WASHINGTON, Case No. 2:21-cr-00034-DC , Charge 21 U.S.C. § 841(a)(1) from custody for the following reasons:

x Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____________

____ Unsecured Appearance Bond $ ____________

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

x (Other): Released forthwith on terms as stated on the record.

Issued at Sacramento, California on October 9, 2026, at 2:30 PM

By: ____________________

Magistrate Judge Sean C. Riordan