SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
CARL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>CARL WASHINGTON,<br><br>Defendant. | CR.S. 2:21-cr-0034 DC<br><br>STIPULATION AND ORDER RE STATUS CONFERENCE<br><br>Court: Hon. Dena M. Coggins<br>Time: 9:30 a.m.<br>Date: February 12, 2027 |

By this stipulation, Plaintiff, the United States of America, by and through its attorney of record, Assistant U.S. Attorney, Cameron Desmond and Defendant, Carl Washington, by and through her attorney of record, Shari Rusk, hereby move to continue the status conference currently scheduled for November 6, 2026 to Februar 12, 2027 and to exclude time between November 6, 2026, under Local Code T4.

The parties agree and stipulate, and request that the Court find the following:

a) The government produced initial discovery to current counsel on November 1, 2025, which included law enforcement reports, search warrant photos, and additional documents.

b) Counsel for defendant desires additional time to consult with her client, review the discovery, and otherwise prepare for trial.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 9, 2026, to February 16, 2027 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

2. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 2, 2026

/s/ Shari Rusk
SHARI RUSK
Attorney for Defendant
CARL WASHINGTON

/s/ Cameron Desmond
CAMERON DESMOND
Assistant United States Attorney

**ORDER**

IT IS HEREBY ORDERED, as to Carl Washington, the court, having received, read and considered the parties' stipulation filed on November 3, 2026 (Doc. No. 38), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for November 6, 2026, is VACATED and RESET for February 12, 2027 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 6, 2026 and February 12, 2027, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.

IT IS SO ORDERED.

Dated: **November 3, 2026**

Dena Coggins
United States District Judge